IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America | ) | C/A No. 3:20-2714-CMC-PJG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| James T. McLaren | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, the United States of America, filed this civil action against the defendant, James T. McLaren, an attorney who is representing himself. The Government filed a motion for summary judgment on June 9, 2021, pursuant to the Federal Rules of Civil Procedure. (ECF No. 26.) As of the date of this order, McLaren has failed to respond to the Government's motion in accordance with Local Civil Rule 7.06 (D.S.C.). As such, it appears to the court that he does not oppose this motion.[1]

Based on the foregoing, it is

**ORDERED** that McLaren shall advise the court as to whether he intends to file a response to the Government's motion within seven (7) days from the date of this order. McLaren is further advised that if he fails to respond, this action may be decided on the record presented in support of the Government's motion, see Local Civil Rule 7.06 (D.S.C.). It is further

---

[1] The court is aware that McLaren indicated to court staff that he was having technical difficulties filing on ECF on or around the date his response was due. However, over a week has passed since the expiration of McLaren's deadline, and to date, no response or motion for an extension of time has been filed on the docket.

**ORDERED** that if McLaren intends to seek leave for an extension in which to file a response in opposition to the pending motion for summary judgment, he must establish the requisite standards for such an untimely filing in accordance with the applicable Federal Rules of Civil Procedure and the Local Civil Rules of this court.

**IT IS SO ORDERED.**

July 21, 2021
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE